**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

October 22, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

RECEIVED OCT 25 2010 BANKRUPTCY COURT ROCHESTER, NY

Re: William A. Huther / Case #09-21925
Request to Deposit ~~Unclaimed Funds~~ Rule 3010(a)
into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.23. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as ~~"unclaimed funds."~~ "Rule 3010(a)." ~~I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).~~

**Claimant:** GE Money Bank dba Old Navy     **Amount:** $3.23     **Claims Register:** #4

C. Bruce Lawrence

FILED 2010 OCT 25 PM 1:39 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

Case 2-09-21925-JCN    Doc 34    Filed 10/25/10    Entered 10/25/10 16:10:40    Desc Main
Document    Page 1 of 2

Date: 10/14/10                  **DIVIDENDS REMITTED TO THE COURT**                  Page:

Case Number 09-21925 - HUTHER, WILLIAM A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GE Money Bank dba OLD NAVY Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | 000004 | 78.52 | 3.23 |
| ---------- Remittance Total --------------- | | 78.52 | 3.23 |

_C. BRUCE LAWRENCE, Trustee_



Received OCT 25 2010 BANKRUPTCY COURT ROCHESTER, NY